**Fill in this information to identify the case:**

Debtor name: JACKarcher, LLC a/k/a Gil Melott Studio

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 23-13221

☑ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address: Illinois Department of Revenue, P.O. Box 19035, Springfield, IL 62794-9035 <br> Date or dates debt was incurred <br> Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: Sales Taxes <br> Is the claim subject to offset? <br> ☑ No ☐ Yes | $35,000.00 | $35,000.00 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |     |     | Amount of claim |
|-----|-----|-----|-----------------|
| 3.1 | **Nonpriority creditor's name and mailing address** <br> Affirm, Inc. <br> P.O. Box 201209 <br> Dallas, TX 75320-1209 <br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** _ <br> Is the claim subject to offset? ☑ No ☐ Yes | $352.87 |
| 3.2 | **Nonpriority creditor's name and mailing address** <br> Amanda Worthington <br> 1018 North Oakley <br> Chicago, IL 60622 <br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** _ <br> Is the claim subject to offset? ☑ No ☐ Yes | $15,000.00 |

Debtor: JACKarcher, LLC a/k/a Gil Melott Studio
Case number (if known): 23-13221

### 3.3
**Nonpriority creditor's name and mailing address**
American Express
P.O. Box 981537
El Paso, TX 79998

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,325.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ☑ No ☐ Yes

### 3.4
**Nonpriority creditor's name and mailing address**
Anthony Tahlier
2414 West Cullerton
Chicago, IL 60608

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,500.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _
Is the claim subject to offset? ☑ No ☐ Yes

### 3.5
**Nonpriority creditor's name and mailing address**
Cadogan Tate
322 North Leavitt Street
Chicago, IL 60612

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,830.01**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _
Is the claim subject to offset? ☑ No ☐ Yes

### 3.6
**Nonpriority creditor's name and mailing address**
Capital One
P.O. Box 30281
Salt Lake City, UT 84130-0281

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ☑ No ☐ Yes

### 3.7
**Nonpriority creditor's name and mailing address**
Citi
P.O. Box 6500
Sioux Falls, SD 57117

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,500.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ☑ No ☐ Yes

### 3.8
**Nonpriority creditor's name and mailing address**
Com Ed
Legal Revenue Recovery/Claims Dept
3 Lincoln Center
Oak Brook Terrace, IL 60181

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$400.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Utility
Is the claim subject to offset? ☑ No ☐ Yes

### 3.9
**Nonpriority creditor's name and mailing address**
Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193-8872

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ☑ No ☐ Yes

### 3.10
**Nonpriority creditor's name and mailing address**
Dalia Crate/Steven Haulenbeek
1500 South Western
#2AS1
Chicago, IL 60608

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$750.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _
Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | JACKarcher, LLC a/k/a Gil Melott Studio | Case number (if known) | 23-13221 |
|---|---|---|---|
| | Name | | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>David Hall<br>2315 West 24th Place<br>Unit GF<br>Chicago, IL 60608 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>Eagle Carpet<br>20 West Kinzie Street<br>2nd Floor<br>Chicago, IL 60654 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,745.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>Emmy Capital Group, LLC<br>c/o Steven Zakharyayev<br>10 WEst 37th Street, Room 602<br>New York, NY 10018 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,182.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>Esco Bros.<br>252 Zinnia Drive<br>Romeoville, IL 60446 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,900.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>Esther Miquel<br>c/o Spilman, Thomas & Battle<br>301 Grant Street, Ste. 3440<br>Pittsburgh, PA 15219 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>Eurocraft<br>6455 North Avondale<br>Chicago, IL 60631 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,035.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>F, L & A, LLC<br>c/o Murray, Jensen & Wilson<br>101 North Wacker Drive, Ste. 610<br>Chicago, IL 60606 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | JACKarcher, LLC a/k/a Gil Melott Studio | Case number (if known) | 23-13221 |
|---|---|---|---|
| | Name | | |

---

**3.18** **Nonpriority creditor's name and mailing address**  
HHPR  
East 39th Street  
4th Floor  
New York, NY 10016  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _  

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** _  
Is the claim subject to offset? ☑ No ☐ Yes  

**$19,500.00**

---

**3.19** **Nonpriority creditor's name and mailing address**  
Isberian Rugs  
20 West Kinzie Street  
2nd Floor  
Chicago, IL 60654  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _  

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** _  
Is the claim subject to offset? ☑ No ☐ Yes  

**$11,750.00**

---

**3.20** **Nonpriority creditor's name and mailing address**  
Jacob Wener TX  
16239 Hiddent Oak Loop  
Bradenton, FL 34211  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _  

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** _  
Is the claim subject to offset? ☑ No ☐ Yes  

**$3,250.00**

---

**3.21** **Nonpriority creditor's name and mailing address**  
Joel Fisher Orders  
5610 West Bloomingdale Avenue  
Chicago, IL 60639  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _  

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** _  
Is the claim subject to offset? ☑ No ☐ Yes  

**$6,715.00**

---

**3.22** **Nonpriority creditor's name and mailing address**  
Mikes Glass Fabricator  
2709 West Howard  
Chicago, IL 60645  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _  

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** _  
Is the claim subject to offset? ☑ No ☐ Yes  

**$1,600.00**

---

**3.23** **Nonpriority creditor's name and mailing address**  
New York Little Elves  
151 First Avenue  
#204  
New York, NY 10030  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _  

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** Cleaning Crew  
Is the claim subject to offset? ☑ No ☐ Yes  

**$640.09**

---

**3.24** **Nonpriority creditor's name and mailing address**  
North & Honore, LLC  
738 North Wells Street  
Chicago, IL 60654  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _  

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** Back Rent  
Is the claim subject to offset? ☑ No ☐ Yes  

**$18,000.00**

---

Debtor: JACKarcher, LLC a/k/a Gil Melott Studio  
Case number (if known): 23-13221

---

**3.25** Nonpriority creditor's name and mailing address: $623.16
Paychex of New York
1535 Scenic Avenue
Ste. 100
Costa Mesa, CA 92626

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _
Last 4 digits of account number 4256

Basis for the claim: _
Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.26** Nonpriority creditor's name and mailing address: $300.00
Peoples Gas*
Attn: Bankruptcy/Legal Department
200 E. Randolph Street, Floor 20
Chicago, IL 60601

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Utility
Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.27** Nonpriority creditor's name and mailing address: $464.00
Pipal & Berg, LLP
100 South Wacker Drive
Ste. 900
Chicago, IL 60606

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.28** Nonpriority creditor's name and mailing address: $480,000.00
Small Business Administration
2 North 20th Street
Ste. 320
Birmingham, AL 35211

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.29** Nonpriority creditor's name and mailing address: $1,550.00
Sophos Invoice
1920 North Damen
#1F
Chicago, IL 60647

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.30** Nonpriority creditor's name and mailing address: $66,254.76
The Business Backer
10856 Reed Hartman Highway
#100
Cincinnati, OH 45242

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.31** Nonpriority creditor's name and mailing address: $1,625.00
Urban Craft Upholstery
3604 South Iron Street
Chicago, IL 60609

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? [✓] No  [ ] Yes

---

Debtor   JACKarcher, LLC a/k/a Gil Melott Studio   Case number (if known)   23-13221
         Name

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,000.00 |
|---|---|---|---|
| | Wells Fargo Card Service<br>P.O. Box 14517<br>Des Moines, IA 50306 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Credit card purchases | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | CBNA<br>P.O. Box 6497<br>Sioux Falls, SD 57117 | Line 3.7<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Small Business Administration<br>500 W. Madison<br>Ste. 1250<br>Chicago, IL 60661 | Line 3.28<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Small Business Administration<br>1441 L Street, NW<br>Mail Code 5460<br>Washington, DC 20416-0001 | Line 3.28<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Small Business Administration<br>801 Tom Martin Drive<br>Ste. 120<br>Birmingham, AL 35211 | Line 3.28<br>☐ Not listed. Explain ____ | _ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---:|
| **5a. Total claims from Part 1** | 5a. | $ | 35,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 700,791.89 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 735,791.89 |