**Fill in this information to identify the case:**

Debtor name: JACKarcher, LLC a/k/a Gil Melott Studio

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 23-13221

☑ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**  —  **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wintrust Bank | Checking | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**  $0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes Fill in the information below.

Debtor  JACKarcher, LLC a/k/a Gil Melott Studio  Case number *(If known)* 23-13221
        Name

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | Gil Melott Lounge Chair Exclusive for S27 | | $0.00 | | $12,000.00 |
| | Gil Melott Brazo Lounge Chair | | $0.00 | | $7,000.00 |
| | Gil Melott Flotar Sofa | | $0.00 | | $14,500.00 |
| | Gil Melott Luz 9 Sconce | | $0.00 | | $4,350.00 |
| | Gil Melott Luz 37 Sconce | | $0.00 | | $4,675.00 |
| | Gil Melott Bespoke Uvalde Table | | $0.00 | | $7,000.00 |
| | Gil Melott Bespoke TX Lounge Chairs | | $0.00 | | $12,000.00 |
| 22. | **Other inventory or supplies** | | | | |
| | Mid Century Low Lounge Chairs | | $0.00 | | $2,100.00 |
| | Great Large Half Moon Shaped Bench | | $0.00 | | $1,300.00 |
| | Antique French Provencial Cabinet | | $0.00 | | $1,475.00 |
| | Padoveno Falls E Guamacci Emilio | | $0.00 | | $3,901.00 |
| | Ezio Longhi Pair of Armchairs | | $0.00 | | $1,606.00 |
| | Marcello Fantoni Pair of Table Lamps | | $0.00 | | $1,606.00 |

Debtor   JACKarcher, LLC a/k/a Gil Melott Studio   Case number *(If known)*  23-13221
Name

| Description | | | |
|---|---|---|---|
| Jean Pascaud Club Chairs | | $0.00 | $1,606.00 |
| Antique Archaic Style Small Bronze Wine Vessel Pitcher | | $0.00 | $80.00 |
| Black Barrel Back Lounge Chair Four Legs on Roll | | $0.00 | $300.00 |
| Continental Renaissance Style Carved Oak Bookcase | | $0.00 | $1,150.00 |
| Manifattura Italiana Pair of Benches | | $0.00 | $3,062.00 |
| Richard Schulz Dining Chairs Model 149 | | $0.00 | $775.00 |
| Two Italian Occasional Chairs | | $0.00 | $1,800.00 |
| Grouping of 4 Silver Plated Hot Water Urns | | $0.00 | $240.00 |
| Two Sculptural Steel Lounges | | $0.00 | $1,400.00 |
| Painted Concrete Finial X-2 | | $0.00 | $375.00 |
| Amphora Planter Marmite Willy Guhl | | $0.00 | $2,835.00 |
| Baker Ferguson Foot Rest | | $0.00 | $1,500.00 |
| 6 Captain Dining Chairs with Arms designed by Richard McCarthy Fox Seirito | | $0.00 | $3,500.00 |
| three Italian Footstools | | $0.00 | $863.00 |
| Vittorlo Introini 4 Chesea Chairs | | $0.00 | $821.00 |

Debtor  JACKarcher, LLC a/k/a Gil Melott Studio  Case number *(If known)* 23-13221
        Name

| Description | | Value | | Amount |
|---|---|---|---|---|
| Czechoslovaka 2 Armchairs from Villa Brozek | | $0.00 | | $1,642.00 |
| Reggiani Italy Murano Glass Floor Lamp | | $0.00 | | $1,400.00 |
| Antique Industrial Bar Cart | | $0.00 | | $225.00 |
| Four Gastone Rinaldi Dining Room Chairs | | $0.00 | | $5,000.00 |
| Pair of Chinese Foo Dogs | | $0.00 | | $400.00 |
| Vintage Studio Crafted Oak Side Chairs | | $0.00 | | $1,050.00 |
| Pair of Raphael Raffel Lounge Chairs | | $0.00 | | $3,750.00 |
| Brazilian Jacaranda Lounge Chairs | | $0.00 | | $11,000.00 |
| Russel Woodard Pair of High Back Side Chairs | | $0.00 | | $21,600.00 |
| Vladimar Kagan Sectional for Preview | | $0.00 | | $8,100.00 |
| Two Park Mid Century Sofa | | $0.00 | | $12,000.00 |
| Edward Wormley Chair | | $0.00 | | $3,250.00 |
| Ted Harris Touch Lamps | | $0.00 | | $2,800.00 |
| Italian Armchairs in Lacquered Beech | | $0.00 | | $3,750.00 |
| Filmore Harty Settee | | $0.00 | | $11,000.00 |

Debtor    JACKarcher, LLC a/k/a Gil Melott Studio                       Case number *(If known)*  23-13221
                 Name

| | | | |
|---|---|---|---|
| Three pieces of artwork, items E-101.00, E-004.22 and E-001.21 on consignment from Esther Miquel, C/de Pere Verges 1, Planta 16, 08020 Barcelona, Spain. Currently represented by Spilman, Thomas & Battle, 301 Grant Street, Ste. 3440, Pittsburg, PA 15219 | | $1,330.00 | $7,980.00 |

23.   **Total of Part 5.**                                                                                                          $188,767.00

      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☑ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☑ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

### Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

### Part 9:   Real property

54. **Does the debtor own or lease any real property?**

   ☑ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

### Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

### Part 11:   All other assets

| Debtor | JACKarcher, LLC a/k/a Gil Melott Studio | Case number *(If known)* | 23-13221 |
|---|---|---|---|
| | Name | | |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | JACKarcher, LLC a/k/a Gil Melott Studio | Case number *(If known)* 23-13221 |
|---|---|---|
| | Name | |

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $188,767.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $188,767.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $188,767.00 |