Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

JACKarcher, LLC a/k/a Gil Melott Studio
1834 West North Avenue
Chicago, IL 60622
SSN: EIN: 27−4539268

Case No. : 23−13221
Chapter : 7
Judge : A. Benjamin Goldgar

---

Debtor's Attorney:

Rae Kaplan
Kaplan Bankruptcy Firm, LLC
25 East Washington St.
Suite 1501
Chicago, IL 60602

(312) 294−8989

Trustee:

Catherine L. Steege ESQ
Jenner & Block
353 N. Clark Street
Chicago, IL 60654

312−222−9350

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *October 3, 2023* .

1. *February 2, 2024* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *April 1, 2024* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.**

For the Court,

Dated: November 2, 2023

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 23-13221-ABG

JACKarcher, LLC a/k/a Gil Melott Studio   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 3

Date Rcvd: Nov 02, 2023      Form ID: ntcftfc7      Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JACKarcher, LLC a/k/a Gil Melott Studio, 1834 West North Avenue, Chicago, IL 60622-1312 |
| 30439471 | | Affirm, Inc., P.O. Box 201209, Dallas, TX 75320-1209 |
| 30439472 | + | Amanda Worthington, 1018 North Oakley, Chicago, IL 60622-3525 |
| 30439474 | + | Anthony Tahlier, 2414 West Cullerton, Chicago, IL 60608-5056 |
| 30439475 | + | Cadogan Tate, 322 North Leavitt Street, Chicago, IL 60612-1616 |
| 30439481 | + | Dalia Crate/Steven Haulenbeek, 1500 South Western, #2AS1, Chicago, IL 60608-1828 |
| 30439482 | + | David Hall, 2315 West 24th Place, Unit GF, Chicago, IL 60608-4995 |
| 30439483 | + | Eagle Carpet, 20 West Kinzie Street, 2nd Floor, Chicago, IL 60654-6393 |
| 30462588 | + | Eagle Carpet, 20 West Kinzie Street, 2nd Flor, Chicago, IL 60654-6392 |
| 30462587 | + | Emmy Captial Group, LLC, c/o Steven Zakharyayev, 10 West 37th Street, Room 602, New York, NY 10018-7473 |
| 30439484 | + | Esco Bros., 252 Zinnia Drive, Romeoville, IL 60446-5109 |
| 30462590 | + | Esther Miquel, c/o Spilman, Thomas & Battle, 301 Grant Street, Ste. 3440, Pittsburgh, PA 15219-6401 |
| 30439485 | + | Eurocraft, 6455 North Avondale, Chicago, IL 60631-1909 |
| 30439486 | | HHPR, East 39th Street, 4th Floor, New York, NY 10016 |
| 30439488 | + | Isberian Rugs, 20 West Kinzie Street, 2nd Floor, Chicago, IL 60654-6393 |
| 30439489 | + | Jacob Wener TX, 16239 Hiddent Oak Loop, Bradenton, FL 34211-1797 |
| 30439490 | + | Joel Fisher Orders, 5610 West Bloomingdale Avenue, Chicago, IL 60639-4113 |
| 30439491 | + | Mikes Glass Fabricator, 2709 West Howard, Chicago, IL 60645-1303 |
| 30439492 | + | New York Little Elves, 151 First Avenue, #204, New York, NY 10003-2965 |
| 30439493 | + | North & Honore, LLC, 738 North Wells Street, Chicago, IL 60654-3521 |
| 30439495 | + | Paychex of New York, 1535 Scenic Avenue, Ste. 100, Costa Mesa, CA 92626-1103 |
| 30439497 | + | Pipal & Berg, LLP, 100 South Wacker Drive, Ste. 900, Chicago, IL 60606-4002 |
| 30439502 | + | Sophos Invoice, 1920 North Damen, #1F, Chicago, IL 60647-4681 |
| 30439503 | + | Urban Craft Upholstery, 3604 South Iron Street, Chicago, IL 60609-1321 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QCLSTEEGE.COM | Nov 03 2023 02:22:00 | Catherine L. Steege, ESQ, Jenner & Block, 353 N. Clark Street, Chicago, IL 60654-5474 |
| 30439473 | + | Email/PDF: bncnotices@becket-lee.com | Nov 02 2023 22:30:51 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 30439477 | + | EDI: CITICORP.COM | Nov 03 2023 02:22:00 | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 30439476 | | EDI: CAPITALONE.COM | Nov 03 2023 02:22:00 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 30462516 | | EDI: CAPITALONE.COM | Nov 03 2023 02:22:00 | Capital One, POB 30285, Salt Lake City UT 84130-0285 |
| 30439478 | + | EDI: CITICORP.COM | Nov 03 2023 02:22:00 | Citi, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 30439479 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Nov 02 2023 22:30:00 | Com Ed, Legal Revenue Recovery/Claims Dept, 3 Lincoln Center, Oak Brook Terrace, IL 60181-4204 |

Case 23-13221   Doc 15   Filed 11/04/23   Entered 11/04/23 23:09:07   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 02, 2023 | Form ID: ntcftfc7 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 30462518 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Nov 02 2023 22:30:00 | Commonwealth Edison Co, 3 Lincoln Center, Attn: Bankruptcy Section, Oak Brook Terrace IL 60181-4204 |
| 30439480 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2023 22:30:51 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 30439487 | | Email/Text: rev.bankruptcy@illinois.gov | Nov 02 2023 22:30:00 | Illinois Department of Revenue, P.O. Box 19035, Springfield, IL 62794-9035 |
| 30439496 | | Email/Text: PGLNSGBankruptcy@wecenergygroup.com | Nov 02 2023 22:29:00 | Peoples Gas*, Attn: Bankruptcy/Legal Department, 200 E. Randolph Street, Floor 20, Chicago, IL 60601 |
| 30439500 | + | Email/Text: birminghamtops@sba.gov | Nov 02 2023 22:30:44 | Small Business Administration, 801 Tom Martin Drive, Ste. 120, Birmingham, AL 35211-6424 |
| 30439501 | | Email/Text: bankruptcynotices@sba.gov | Nov 02 2023 22:29:00 | Small Business Administration, 1441 L Street, NW, Mail Code 5460, Washington, DC 20416-0001 |
| 30439498 | + | Email/Text: BhamBankruptcy@sba.gov | Nov 02 2023 22:29:00 | Small Business Administration, 2 North 20th Street, Ste. 320, Birmingham, AL 35203-4002 |
| 30439499 | + | Email/Text: michelle.chesebro@sba.gov | Nov 02 2023 22:29:00 | Small Business Administration, 500 W. Madison, Ste. 1250, Chicago, IL 60661-4552 |
| 30439504 | + | EDI: WFFC2 | Nov 03 2023 02:22:00 | Wells Fargo Card Service, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30462589 | *+ | Esco Bros., 252 Zinnia Drive, Romeoville, IL 60446-5109 |
| 30462591 | *+ | Eurocraft, 6455 North Avondale, Chicago, IL 60631-1909 |
| 30439494 | *+ | North & Honore, LLC, 738 North Wells Street, Chicago, IL 60654-3521 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Catherine L. Steege, ESQ | csteege@jenner.com csteege@ecf.axosfs.com |

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 02, 2023 | Form ID: ntcftfc7 | Total Noticed: 40 |

Patrick S Layng
    USTPRegion11.ES.ECF@usdoj.gov

Rae Kaplan
    on behalf of Debtor 1 JACKarcher  LLC a/k/a Gil Melott Studio rkaplan@financialrelief.com, yrodriguez@financialrelief.com;fbichl@financialrelief.com;kaplan.myecfmail@gmail.com;i-got-notices@financialrelief.com;jcabrales@financialrelief.com;R49775@notify.bestcase.com

TOTAL: 3